**MEMO ENDORSED**

LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

September 21, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/28/20

Hon. Andrew L. Carter
US District Judge
US Courthouse
40 Centre Street
New York, NY 10007

re: USA v. Carlos Vasquez, 18 CR 420 (ALC)

Dear Judge Carter;

    I am informed by Probation Officer Korman that this case is scheduled for a VoSR hearing before your Honor on October 2, 2020. However, Carlos Vasquez on that date has a previously scheduled Arraignment in the NYS Supreme Court, Part 93, at 11:00 AM before Justice Scherzer [#1087/2020]. Carlos Vasquez is also presently confined at Rikers Island. Therefore, I respectfully request the Supervised Release hearing before your Honor be re-scheduled for a video hearing on a different date.

    Thank you.

Respectfully,

*/s/ B. Alan Seidler*
B. Alan Seidler

bas/ee

**This in-person VOSR hearing is adjourned to 2/26/21 at 11:00 a.m.
So Ordered.**

*/s/ Andrew L. Carter*
9/28/20