LAW OFFICE
OF
**B. ALAN SEIDLER**

580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/24/21

February 23, 2021

Hon. Andrew L. Carter
US District Judge
US Courthouse
40 Centre Street
New York, NY 10007

re: USA v. Carlos Vasquez, 18 CR 420 (ALC)

Dear Judge Carter;

This case is scheduled for a VoSR hearing before your Honor on February 26, 2021. Carlos Vasquez is presently confined at Rikers Island, and there has been no disposition in his pending Att/Murder case in the NYS State Supreme Court, or the Felon in Possession of a Firearm case before District Judge Wood. Therefore, I respectfully request the Supervised Release hearing before your Honor be re-scheduled for a hearing in June, 2021, convenient to your Honor.

I have informed Probation Officer Korman that I was going to make this application. Thank you.

Respectfully,

B. Alan Seidler

bas/ee

The application is **GRANTED**. The VOSR hearing is adjourned to 6/21/21 at 10:30 a.m.
So Ordered.

2/24/21