UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

       -against-

CARLOS VASQUEZ,

                             Defendant.
-------------------------------------------------------------------x

**ORDER**
20 CR 619 (KMW)
18 CR 420 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/22

KIMBA M. WOOD, District Judge:

Due to the Court's trial calendar, sentencing currently scheduled for June 8, 2022, is adjourned to July 6, 2022, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
       May 31, 2022

                                                KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE