```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    7/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

CARLOS VASQUEZ,

        Defendant.

-------------------------------------------------------X

20-CR-619 (KMW)
18-CR-420 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    The sentencing hearing currently scheduled for July 27, 2022, is adjourned to September 14, 2022, at 12:00 p.m.

    SO ORDERED.

Dated: New York, New York
       July 26, 2022

                                              */s/ Kimba M. Wood*
                                              KIMBA M. WOOD
                                       United States District Judge