UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

CARLOS VASQUEZ,

                          Defendant.
-----------------------------------------------------------------x

**ORDER**
18 CR 420 (KMW)
20 CR 619 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/22

KIMBA M. WOOD, District Judge:

Sentencing for the above-captioned defendant, currently scheduled for November 23, 2022, is adjourned to Wednesday, December 7, 2022, at 2:30 p.m.

SO ORDERED.

Dated: New York, New York
       November 9, 2022

/s/ Kimba M. Wood
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE